STATE OF CONNECTICUT *v.* LEONORA RYAN

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 148 (AC 15840), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Norman A. Pattis,* in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided April 28, 1998

STATE OF CONNECTICUT *v.* GARY OLIVER

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 41 (AC 15854), is denied.

*J. Brendan Sharkey,* special public defender, in support of the petition.

*Ellen A. Jawitz,* deputy assistant state's attorney, in opposition.

Decided April 28, 1998

STATE OF CONNECTICUT *v.* BRUCE IVERSON

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 168 (AC 16029), is denied.

*Louis S. Avitabile,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided April 28, 1998